IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60250-UU

---

PETER E. SHAPIRO, P.A.,
Plaintiff,
vs.
WELLS FARGO BANK, N.A.,
Defendant.

---

This is the Examination Before Trial of
TODD SHAPIRO
taken on Tuesday, September 18, 2018,
held at the law offices of Harris Beach,
PLLC, 333 West Washington Street, Suite
200, Syracuse, New York, commencing at
2:06 p.m., concluding at 4:47 p.m.,
taken before Tonia L. Tinker, Court
Reporter and Notary Public in and for
the State of New York.



EXHIBIT C

T O D D   S H A P I R O,

having been first duly sworn by a Notary Public within and for the State of New York, was examined and testified as follows:

EXAMINATION

BY MS. STIBOLT:

Q. Mr. Shapiro, can you state your full name for the record, please?
A. Todd Howard Shapiro.
Q. I'm Dori Stibolt. I represent Wells Fargo Bank in this action. Nice to meet you. Can you state your current address, please?
A. 8084 Squirrel Corn Lane, Manlius, New York 13104.
Q. Does anyone else live with you at this address?
A. My wife and two children.
Q. How long have you lived there?
A. 12 years.
Q. What do you do for work?
A. I'm a sales manager at Rich Burritt Chrysler, Dodge, Jeep.
Q. And where is that located?
A. That's in Oswego, New York.

firm. Do you know anything about that litigation?
A. Yes, I do.
Q. Tell me what you know.
A. I know that a loan was repaid by a friend of mine's attorney and the money wasn't received. It was diverted to a different account. That's why the litigation happened and why I'm sitting here today.
Q. The loan that you're talking about, what was that loan related to, if you know?
A. A loan made to me by my friend, Louis Santaro, to keep my business, Leon Shapiro Motors, afloat. So in order for us to stay afloat, we would be able to sell the business. That was the purpose of the loan.
Q. And Louis Santaro, who is that?
A. He's a friend of mine.
Q. And how long have you known Louis?
A. 20 years.
Q. And was the loan directly from Louis Santaro or from some other entity?
A. His trust, Rasellas Trust.
Q. And do you know if Mr. Santaro has an attorney that he works with?
A. Yes. James Messenger.

Q. Do you know Mr. Messenger personally?
A. I do.
Q. And how long have you known him?
A. I would say, about a year.
Q. Did you meet him as part of this transaction?
A. Yes, I did.
Q. You didn't know him before the transaction?
A. I did not.
Q. And did you know Mr. Messenger to be an attorney located in a particular area?
A. I just know that he was Louis Santaro's attorney.
A. Did you know where his office was.
A. I assumed it was in Syracuse, New York.
Q. You mentioned you needed a loan to keep your business afloat. Can you expand on that? What was happening with your business?
A. The business was unable to pay off -- it was out of trust with Ally Bank, our bank partner, and Ally Bank demanded payment for cars that were sold that we were unable to pay for that were on floor plan. So in order for us to stay afloat, the loan was needed.
Q. And when you say "out of trust," what do

Q. Okay.
MS. STIBOLT: Jeff, I'm showing him PS77, which was previously marked as 6. Do you remember when you joined the call, what exhibit we were on?
MR. CROCKETT: 11.
MS. STIBOLT: Okay.
Q. I handed you a document that was previously marked as Defendant's Exhibit 6, which is an email dated November 17, 2017 at 3:28 p.m., from Mr. Messenger purportedly to you. Is that a document you're familiar with?
A. Yes.
Q. And when did you receive that document?
A. Probably on Friday, November 17th at 3:28 p.m.
Q. Okay. So this document reflects that Mr. Messenger sent an email to you that says, "Did they wire to the right bank? This receipt shows Wells Fargo Bank under my name. My bank is M&T. Jim." Did you have this Exhibit 6 in your email records?
A. I don't have this one in my email records.
Q. Okay. So do you have a recollection of receiving it on November 17th?
A. I do not.