**In the Matter Of:**

PETER E. SHAPIRO vs WELLS FARGO BANK

0:18-CV-60250-UU

**JAMES H. MESSENGER, JR.**

*September 18, 2018*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

EXHIBIT D

A. No.

Q. And who held the loan that was the subject of the approximate $500,000 repayment?

A. It was from a trust that I'm the sole trustee of.

Q. And do you recall the name of the trust?

A. Rasselas, R-A-S-S-E-L-A-S, Trust for the Benefit of A. Louis, L-O-U-I-S, Santaro.

Q. And who is Mr. Santaro? Is he someone who lives locally?

A. Yes, he is. He's a client and also the beneficiary of a trust that was established by his grandparents years ago, and he was familiar with Todd Shapiro. That's how the connection was made.

Q. So Mr. Santaro and Todd Shapiro had some former connection?

A. I understand that to be the truth, yes.

Q. Okay. And you mentioned a mortgage; so there was a piece of real property involved?

A. Yes.

Q. Do you have any information regarding that property?

A. It was in Oswego, New York. The Shapiros had a car dealership that was being sold, we were told, and they also needed a short-term loan to

wire instructions?

A. They are not and other -- well, go off the record for a second.

(Off-the-record discussion.)

BY MS. STIBOLT:

Q. The document marked as PS21, have you seen this document since the transaction?

A. Just in going through my emails now to be prepared for here.

Q. Okay. Did someone provide this email and the attached wire instructions to you on a certain date?

A. I believe on November 17th I have an email from Todd to me with an attached image and there was a voicemail on my account. I'm looking at emails. And I resent him, on November 17, my correct wire transfer instructions and also emailed to him, "Did they wire it to the right bank? The receipt shows Wells Fargo Bank under my name. My bank is M&T."

So this (indicating) I know I sent.

Q. Can I see that?

A. Yep.

Q. So we were discussing PS21, and looking at the wire transfer instructions that are dated November 17th, do you notice any errors in that