**Vivian F. Montejo**

**From:** Peter Shapiro <peter.shapiro29@gmail.com>
**Sent:** Thursday, November 16, 2017 6:05 PM
**To:** Peter Shapiro
**Subject:** Fwd: M&T Bank Escrow Account Wire Transfer Instructions.pdf
**Attachments:** M&T Bank Escrow Account Wire Transfer Instructions.pdf

---------- Forwarded message ----------
From: "TODD SHAPIRO" <toddshpr@yahoo.com>
Date: Nov 16, 2017 4:49 PM
Subject: Fwd: M&T Bank Escrow Account Wire Transfer Instructions.pdf
To: "Peter peter.shapiro29@gmail.com" <peter.shapiro29@gmail.com>
Cc:

Sent from my iPhone

Begin forwarded message:

> **From:** Jim Messenger <Jim@messengerlaw.net>
> **Date:** November 16, 2017 at 2:41:46 PM EST
> **To:** TODD SHAPIRO <toddshpr@yahoo.com>
> **Subject: M&T Bank Escrow Account Wire Transfer Instructions.pdf**
>
> Here are my escrow account wire transfer instructions for tomorrow's payoff.
>
> James H. Messenger, Jr.
>
> Attorney at Law
>
> 440 South Warren Street
>
> Suite 703
>
> Syracuse, New York 13202
>
> Tel: (315) 471-3030
>
> Fax: (315) 471-0899
>
> **SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**
>
> CONFIDENTIALITY NOTICE:



EXHIBIT E

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

James H. Messenger, Jr.
ATTORNEY AT LAW
The Galleries of Syracuse
440 South Warren Street • Suite 703
Syracuse, New York 13202
Tel: 315.471.3030 • Fax: 315.471.0899
jim@messengerlaw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: M&T Bank
Post Office Box 4983
Syracuse, New York 13221-4983

Routing Number: 022000046

Account Number: [redacted]1057