**Vivian F. Montejo**

**From:** Peter Shapiro <peter.shapiro29@gmail.com>
**Sent:** Friday, November 17, 2017 9:20 AM
**To:** Peter Shapiro
**Subject:** Fwd: Fw: Wells Fargo Bank Escrow Account Wire Transfer Instructions.pdf
**Attachments:** WELLS FARGO Bank Escrow Account Wire Transfer Instructions.output.pdf

---------- Forwarded message ----------
From: "TODD SHAPIRO" <toddshpr@yahoo.com>
Date: Nov 17, 2017 9:17 AM
Subject: Fw: Wells Fargo Bank Escrow Account Wire Transfer Instructions.pdf
To: "Peter Shapiro" <peter.shapiro29@gmail.com>
Cc:

----- Forwarded Message -----
**From:** Jim Messenger <Jim@messengerlaw.net>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 9:10 AM
**Subject:** Wells Fargo Bank Escrow Account Wire Transfer Instructions.pdf

Please here are my escrow account for today payoff wire transfer instructions. Our M&T bank is currently on audit as a result can't receive funds for now. Please let the wire transfer be made to this our Wells Fargo bank. Find attached our bank details.

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.



EXHIBIT F

James H. Messenger, Jr.

ATTORNEY AT LAW

The Galleries of Syracuse

440 South Warren Street • Suite 703

Syracuse, New York 13202

Tel: 315.471.3030 • Fax: 315.471.0899

jim@messengerlaw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: WELLS FARGO Bank, 1425 E Whitestone Blvd, cedar park tx 78613

Routine Number: 111900659

Account Number: [redacted]0445

James H. Messenger, Jr.

ATTORNEY AT LAW

The Galleries of Syracuse

440 South Warren Street • Suite 703

Syracuse, New York 13202

Tel: 315.471.3030 • Fax: 315.471.0899

jim@messenger1aw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: WELLS FARGO Bank, 1425 E Whitestone Blvd, cedar park tx 78613

Routine Number: 111900659

Account Number: [redacted]0445