## Jim Messenger

**From:** TODD SHAPIRO <toddshpr@yahoo.com>
**Sent:** Friday, November 17, 2017 3:15 PM
**To:** Jim Messenger
**Subject:** Fw: attached image
**Attachments:** doc06262920171117162615.pdf

----- Forwarded Message -----
**From:** "shapirosmfp@gmail.com" <shapirosmfp@gmail.com>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 3:13 PM
**Subject:** attached image

please see attachment

--------------------
TASKalfa 3510i
[00:c0:ee:b8:49:80]
--------------------



PS000074

EXHIBIT G

Main Menu>Transfers and Payments> Help

# Set up a wire transfer

Set Up Another Wire

## Wire Instruction Confirmation

Thank you for your request. Your transaction is still pending..

All transactions are subject to routine review and approval before they can be released. No further action is required from you at this time. Should we require more information in order to approve the transfer, we will contact you by telephone. If we are unable to reach you, or if your transaction cannot be approved for other reasons, we will notify you.

Status: **Processed** - Confirmation Number is **20173210206852.**

**Source Account**

Account: Shapiro Trst, #******8856 (Checking)

**Scheduling**

Immediately upon approval

**Destination**

Amount: $504,611.13

Beneficiary: James H Messenger Jr
440 S Warren Street
Ste 703
Syracuse NY 13202

Account: [redacted]0445

Bank: Wells Fargo Bank (ABA: 111900659) Not Validated
14245 E Whitestone blvd
Cedar Park, TX

**Statement Description**

Additional Description for Statements: Shapiro Real Estate Holdings

Save as Model

Set up another Wire

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com

EQUAL HOUSING LENDER
Terms & Conditions
Copyright © 2017 Citigroup Inc.