**Jim Messenger**

**From:** Jim Messenger
**Sent:** Friday, November 17, 2017 3:28 PM
**To:** 'TODD SHAPIRO'
**Subject:** RE: attached image

Did they wire to the right bank? This receipt shows Wells Fargo bank under my name. My bank is M&T. Jim

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

**SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

**From:** TODD SHAPIRO [mailto:toddshpr@yahoo.com]
**Sent:** Friday, November 17, 2017 3:15 PM
**To:** Jim Messenger <Jim@messengerlaw.net>
**Subject:** Fw: attached image

----- Forwarded Message -----
**From:** "shapirosmfp@gmail.com" <shapirosmfp@gmail.com>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 3:13 PM
**Subject:** attached image

please see attachment

--------------------
TASKalfa 3510i
[00:c0:ee:b8:49:80]
--------------------



EXHIBIT H