---

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 17/11/21

SRC:FED CALLER: EXT:

RPT# AMT:504,611.13 CUR:USD RATE: 1. TRDR#

TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

---

| | |
|---|---|
| DBT A/021000089 | CDT *D/00000[redacted]0445 ADV:LTR |
| DEBIT VAL: 17/11/21 CTYP | CREDIT VAL: 17/11/21 CTYP |
| AMT:504,611.13 CUR:USD | AMT:504,611.13 CUR:USD |
| GL RECON: 114114 | GL RECON: 808808 |
| DEPT:0002729 | CHRIS ACHEBE |
| CITIBANK N.A. NEW YORK, NY | 7421 BURNET RD # 132 |
| NEW YORK, NY | AUSTIN TX 78757-2244 |
| UNITED STATES | BNF:/[redacted]0445 CHG:B BK?N |
| COUNTRY OF RESIDENCY: US | JAMES H MESSENGER |
| SEND: | 440 S WARREN ST |
| CITIBANK N A RETAIL WIRE SETTLEMENT | SUITE 703 |
| | SYRACUSE NY 13202 |
| | ORIG TO BNF INFO: |
| SNDR REF NUM:G0173253605601 | TEL 3154713030 |



EXHIBIT J

ORDERING BNK:

CITIBANK FLORIDA

8750 DORAL BLVD.

MIAMI, FL 33178-2402

ORIG:/00[redacted]8856

PETER E. SHAPIRO, P.A.

1351 SWGRS CORP PKWY SUNRISE FL 3 3

3232831

PETER E. SHAPIRO, P.A. ATTORN

EY TRUST