wirecopy 171121-162559.txt

<<< TRN: 171121-162559 >>>

---

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 17/11/21
SRC:FED CALLER: EXT:

RPT# AMT:504,611.13 CUR:USD RATE: 1. TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

---

DBT A/021000089
DEBIT VAL: 17/11/21 CTYP
AMT:504,611.13 CUR:USD
GL RECON: 114114
DEPT:0002729
CITIBANK N.A. NEW YORK, NY
NEW YORK, NY
UNITED STATES
COUNTRY OF RESIDENCY: US
SEND:
CITIBANK N A RETAIL WIRE SETTLEMENT

SNDR REF NUM:G0173253605601
ORDERING BNK:
CITIBANK FLORIDA
8750 DORAL BLVD.
MIAMI, FL 33178-2402
ORIG:/00[redacted]8856
PETER E. SHAPIRO, P.A.
1351 SWGRS CORP PKWY SUNRISE FL 3 3
3232831

CDT *D/0000[redacted]0445 ADV:LTR
CREDIT VAL: 17/11/21 CTYP
AMT:504,611.13 CUR:USD
GL RECON: 808808
CHRIS ACHEBE
7421 BURNET RD # 132
AUSTIN TX 78757-2244
BNF:/[redacted]0445 CHG:B BK?N
JAMES H MESSENGER
440 S WARREN ST
SUITE 703
SYRACUSE NY 13202
ORIG TO BNF INFO:
TEL 3154713030
PETER E. SHAPIRO, P.A. ATTORN
EY TRUST

**** MESSAGE TEXT ****

{1100} Message Disposition:
Format Version: 30 (New expanded format)
Test Production Code: P (Production)
Msg Duplication Code: (Original incoming msg)
Msg Status Indicator: N (Incoming msg)

{1110} Acceptance Timestamp:
Receipt Date: 11/21
Receipt Time: 16:00
Receipt Application Id: FT03

{1120} OMAD:





EXHIBIT L

wirecopy 171121-162559.txt

| | |
|---|---|
| Output cycle date: | 2017/11/21 |
| Output Destination Id: | I1B7031R |
| Output sequence number: | 018719 |
| Output date: | 11/21 |
| Output time: | 16:00 |
| Output application Id: | FT03 |

{1510} Type/Subtype Code:
Type Code: 10 (Transfer of funds)



Subtype Code: 00 (Regular transfer)

{1520} IMAD:

| | |
|---|---|
| Input Cycle date: | 2017/11/21 |
| Input Source id: | B1Q8021C |
| Input Sequence number: | 030119 |

{2000} Amount: $504,611.13

{3100} Sending Bank:

| | |
|---|---|
| ABA number: | 021000089 |
| Short name: | CITIBANK NA |
| ABA lookup (REL): | CITIBANK N.A. NEW YORK, NY<br>NEW YORK, NY<br>UNITED STATES |

{3320} Sender Reference: G0173253605601

{3400} Receiving Bank:

| | |
|---|---|
| ABA number: | 121000248 |
| Short name: | WELLS FARGO BANK N |
| ABA lookup (AUX): | WELLS FARGO BANK, NA<br>SAN FRANCISCO, CA |

{3600} Business Function Code: CTP (Customer transfer plus)

{3700} Charges: B (Beneficiary)
USD 0.00

{4100} Beneficiary's Bank: F/111900659
WELLS FARGO

{4200} Beneficiary: D/[redacted]0445
JAMES H MESSENGER
440 S WARREN ST
SUITE 703

```
                                        SYRACUSE NY 13202

{5000} Originator:                      D/00[redacted]8856
                                        PETER E. SHAPIRO, P.A.
                                        1351 SWGRS CORP PKWY SUNRISE FL 3 3
                                        3232831

{5100} Originator's Bank:               /
                                        CITIBANK FLORIDA
                                        8750 DORAL BLVD.
                                        MIAMI, FL  33178-2402

{5200} Instructing Bank:                /
                                        CITIBANK N A RETAIL WIRE SETTLEMENT

{6000} Originator to Beneficiary Info: TEL 3154713030

{6400} Beneficiary Info:                PETER E. SHAPIRO, P.A. ATTORN
                                        EY TRUST


WELLS FARGO BANK N.A.                                        Page673806
FULL TRANSACTION REPORT                        FOR 21-NOV-2017

*****Remittance Data Unavailable*****

    MESSAGE HISTORY SEQUENCE
--------------------------------
121 is the owning bank. Priority:
         REF_INDEX          REF #: 171121162559  21-NOV-2017 15:00:20.06
         FEDMQIN1           SEQ #: 18722 21-NOV-2017 15:00:20.07 Info: FNPN.TODI
.121000248.A1||||20171121
         FEDIN1             SEQ #: 18719 21-NOV-2017 15:00:20.07
         FLASHRCV           ABA: 021000089  FED REF: G0173253605601
                            IMAD: 1121B1Q8021C03011911211600FT03
         FEDINQ         DEQ
         FEDIN_LOG          AMT: 504611.13    TIME: 21-NOV-2017 15:00:34.24
         ABA_INDEX          KEY: 021000089
         *SYS_MEMO          BBK removed and CDT replaced by BNP in PD routine.
         *SYS_MEMO          *AUTOTRIEVE VLD call:
         *SYS_MEMO          *AUTOTRIEVE, Before-->121|D|[redacted]0445
         *SYS_MEMO          *AUTOTRIEVE, After--->   |D|00000[redacted]0445
         *SYS_MEMO          *AUTOTRIEVE VLD V name & address - CDT Acct. D
/000007414400445
         *SYS_MEMO          JD 0068431 N 808808 07921
00000
         *SYS_MEMO          Possible name mismatch in CDT party
         *SYS_MEMO          *CVD:7 DVD:6 PSD:3 SSD:--- DBD:1 CBD:1
```

```
        *SYS_MEMO          Stop_Check msg routed to EXTERNAL STOP SERVER 21-NOV
-2017 15:00:34.35
        *SYS_MEMO          *MRSTOP/*MR/MAP/   /5/$$$FED
        *GL__INQ_DBT
        NOF_ACC_NDX        KEY: 121D00000[redacted]0445
        Memo: CDT
        *ADR_MSG_QUE       TEXT: 2017112100162559
        Memo: DBT/1092370
* BEGIN DESTINATION *DST(1), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW9_OUTQ
        RGW9_OUTQ          TEXT: 2017112100162559  AMOUNT: 504611.13   USD
        Memo: (OFC)
* END DESTINATION
        OFC_OUTQ      DEQ
        OFC4_PNDDLVQ  DEQ
        OFC4_SRF           KEY: 2100162559036846
        OFC4_OUT           SEQ #: 36846 21-NOV-2017 15:00:35.88 Info:
2100162559036846        F
        OFC4_SND           SEQ #: 36846 21-NOV-2017 15:00:35.88 Info:
2100162559036846        F
        OFC4_RCV           SEQ #: 219 21-NOV-2017 15:00:39.92
        *SYS_MEMO          GSMOS Ref Num: UMTA20171121MTS346328
        *SYS_MEMO
        *SYS_MEMO          PEND-IOFAC - Pending -OPS
        OFC4_RCV           SEQ #: 410 21-NOV-2017 15:29:23.23
        *SYS_MEMO          GSMOS Ref Num: UMTA20171121MTS346328
        *SYS_MEMO
        *SYS_MEMO          PASS-POFAC - False Positive -OPS
        PAYADVQ       DEQ
        PAYADV_LOG         OPRID: $$$PAY  TIME: 21-NOV-2017 15:29:23.30
        *FED_GL            SAM_DBT  AMOUNT: 504611.13   USD
WELLS FARGO BANK N.A.                                          Page673807
FULL TRANSACTION REPORT                        FOR 21-NOV-2017

        *DUE_FROM          SAM_CDT  AMOUNT: 504611.13   USD
        *DUE_TO            SAM_DBT  AMOUNT: 504611.13   USD
        *NOF_BAL           SAM_CDT  AMOUNT: 504611.13   USD
        SYSPRFBAL          PRF_DDA_CDT  AMOUNT: 504611.13   USD
        DDA_BACKEND        TEXT: 2017112100162559  AMOUNT: 504611.13   USD
        GL_BACKEND         TEXT: 2017112100162559  AMOUNT: 504611.13   USD
        NOF_POSTQ     DEQ
* BEGIN DESTINATION *DST(2), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//BCP_OUTQ
        BCP_ACKPNDQ   DEQ
```

```
        Memo: >>>ISIACKPND0802902017112100162559BCP_OUT|*CUS
        BCP_OUTQ      DEQ
        BCP_OUT            SEQ #: 80290 21-NOV-2017 15:29:23.39 Info:  *CUS
* END DESTINATION
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW9_OUTQ
        RGW9_OUTQ          TEXT: 2017112100162559  AMOUNT: 504611.13   USD
* END DESTINATION
        DDA_PDM_31         SEQ #: 6908 21-NOV-2017 15:29:23.35 Info: PD
        DDA_POST_31        SEQ #: 6908 21-NOV-2017 15:29:23.46 Info: PD
        Memo: Dbt posted - tc: 114WNRPO|171121162559|||
        DDA_PDM_31         SEQ #: 6909 21-NOV-2017 15:29:23.46 Info: PC
        DDA_POST_31        SEQ #: 6909 21-NOV-2017 15:29:23.57 Info: PC
        Memo: Cdt posted - tc: 808RBASI|171121162559|||
* BEGIN DESTINATION *DST(4), DLV STATE: D
    RTE: /
    DST: ENQ///////
        Queue: 121//IXM9_OUTQ
        IXM9_OUTQ     DEQ
        IXM9_SRF           KEY: 2100162559008494
        IXM9_OUT           SEQ #: 8494 21-NOV-2017 15:29:24.24 Info:
2100162559008494        F
        IXM9_SND           SEQ #: 8494 21-NOV-2017 15:29:24.24 Info:
2100162559008494        F
        IXM9_ACK           SEQ #: 8494 21-NOV-2017 15:29:24.42 Info:
2100162559008494       +
* END DESTINATION

WELLS FARGO BANK N.A.                                          Page673808
FULL TRANSACTION REPORT                      FOR 21-NOV-2017
```