# Wire out sort/recall details

WFW171215-001249 - TRN 20171121-00162559

20:CIT171214-010004

:21:G0173253605601

:79:THIS IS A URGENT MESSAGE BEING SENT

ATTENTION (INVESTIGATIONS DEPARTMENT)FRAUD RECALL WE HAVE BEEN CONTACTED BY OUR CLIENT REQUESTINGA RECALL OF THE BELOW PAYMENT BECAUSE REMITTERIS REQUESTING A RECALL, IS CLAIMING SCAM/FRAUDWIRE. EMAIL WAS HACKED AND WIRE WAS SENT WITHINCORRECT BENEFICIARY ACCOUNT DETAILS.KINDLY RETURN THE FUNDS MENTIONING DATE, AMOUNTANDREFERENCENUMBER.IMAD171121B1Q8021C030119SENDER TRANSACTION REFERENCE 3250205308458CITI TRANSACTION REFERENCE G0173253605601PAYMENT AMOUNT/CURRENCY 21-NOV-2017PAYMENT VALUE DATE 504,611.13/USDBENEFICIARY BANK WELLS FARGOBENEFICIARY JAMES H MESSENGERCONSIDER THIS OUR INITIAL REQUEST FOR UNJUSTENRICHMENT. PLEASE QUOTE OUR REFERENCE CIT171214-010004 ON ALL FUTURE CORRESPONDENCE REGARDING THIS MATTER.REGARDS,WL INVESTIGATIONS US RETAIL BANK

<<< TRN: 171121-162559 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )SND DATE: 17/11/21

SRC:FED CALLER: EXT:RPT# AMT:504,611.13 CUR:USD RATE: 1.
TRDR#

TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

DBT A/021000089 CDT *D/00000[redacted]0445 ADV:LTR

DEBIT VAL: 17/11/21 CTYP CREDIT VAL: 17/11/21 CTYP

AMT:504,611.13 CUR:USD AMT:504,611.13 CUR:USD

GL RECON: 114114 GL RECON: 808808

DEPT:0002729 CHRISACHEBECITIBANK N.A. NEW YORK, NY 7421 BURNETRD # 132NEW YORK, NYAUSTIN TX78757-224UNITEDSTATESBNF:/741440044COUNTRYOFRESIDENCY:USJAMESHMESSENGERSEND:SWARRENSTCITIBANKNARETAILWIRESETTLEMENTSUITE703SYRACUSEN13202ORIGTOBNFINFO:SNDRREFNUM:G0173253605601TEL3154713030ORDERINGBNK:PETERE.SHAPIRO,P.A.ATTORNCITIBANKFLORIDAEYTRUST8750



EXHIBIT M

DORALBLVD.MIAMI,FL331782402ORIG:/00[redacted]8856PETER E. SHAPIRO, P.A.1351 SWGRS CORP PKWY SUNRISE FL 3 33232831