UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-CV-60250-UU

PETER E. SHAPIRO, P.A.

Plaintiff,

vs. **PUBLIC VERSION**

WELLS FARGO BANK, N.A.

Defendant.
_________________________________/

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff PETER E. SHAPIRO, P.A., hereby files the following exhibits in support of its Opposition to Motion for Summary Judgment. Some of the exhibits are being filed under seal at the request of Defendant WELLS FARGO BANK, N.A.

| Exhibit | Description |
|---|---|
| Plf. Exh. 1 * | Rule 30(b)(6) Re-Notice of Deposition for Wells Fargo |
| Plf. Exh. 2 * | Wells Fargo internal analysis of fraud in Achebe account |
| Plf. Exh. 3 | Wire Detail Summary from Wells Fargo (part of Exhibit 9) |
| Plf. Exh. 4 * | Wells Fargo Wire Transfer "Quick Reference Guide" |
| Plf. Exh. 5 * | Achebe customer account application at Wells Fargo |
| Plf. Exh. 6 * | Consumer Account Agreement for all Wells Fargo accounts |
| Plf. Exh. 7 | Citibank Completed Wire Detail |
| Plf. Exh. 8 * | Wells Fargo OFAC Compliance Procedures Manual |
| Plf. Exh. 9 | Detailed log of Wells Fargo processing of wire at issue on 11-17-2017 |
| Plf. Exh. 10 | Log of OFAC Compliance processing of wire at issue on 11-17-2017 by Ricko Ong |

| | |
|---|---|
| Plf. Exh. 11 * | Wells Fargo Wire Exceptions policy and procedures manual (in effect November 2017) |
| Plf. Exh. 12 * | Wire Transfers policy Wells Fargo |
| Plf. Exh. 13 * | Wire Transfers Incoming Wires Policy Wells Fargo |
| Plf. Exh. 14 * | Fraud and Forgery Claims Policy Wells Fargo |
| Plf. Exh. 15 * | Wells Fargo Wire Contract for its customers |
| Plf. Exh. 16 * | Citibank communication to Wells Fargo requesting recall 12-14-2017 |
| Plf. Exh. 17 * | Plaintiff Demand letter to Wells Fargo 1-5-18 |
| Plf. Exh. 18 * | Wells Fargo Bank, N.A.'s Notice of Service of Answers to Plaintiff's First Set of Interrogatories 7-6-18 |
| Plf. Exh. 19 * | Wells Fargo Bank, N.A.'s Response to Plaintiff's Second Set of Interrogatories 8-23-18 |
| Plf. Exh. 20 * | Citibank communication listing outgoing wires from Achebe account |
| Plf. Exh. 21 * | Achebe checking account statement, November-Dec. 2017 |
| Plf. Exh. 22 * | Achebe outdoing wire request 11-22-17 |
| Plf. Exh. 23 * | Achebe outgoing wire request 11-24-17 |
| Plf. Exh. 24 * | Achebe outgoing wire request 11-24-17 |
| Plf. Exh. 25 * | Achebe outgoing wire request 11-25-17 |
| Plf. Exh. 26 * | Achebe outdoing wire request 11-27-17 |
| Plf. Exh. 27 * | Achebe outdoing wire request 11-30-17 |
| Plf. Exh. 28 | There is no exhibit 28 |
| Plf. Exh. 29 | There is no exhibit 29 |
| Plf. Exh. 30 | James Messenger affidavit with exhibits |

* Filed under seal.



COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900 F. 305·858·5261

Respectfully submitted,

By: /s/ Jeffrey B. Crockett

Jeffrey B. Crockett, Esq.
Florida Bar No. 347401
Justin E. King
Florida Bar No. 121408
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
jcrockett@coffeyburlington.com
jking@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Plaintiff,*
*Peter E. Shapiro, P.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/Jeffrey B. Crockett

Amy S. Rubin
Dori K. Stibolt
FOX ROTHSCHILD LLP
777 South Flagler Dr.
Suite 1700 – West Tower
West Palm Beach, Florida 33401
Telephone: (561) 804-4417
Facsimile: (561) 835-9602
Email: arubin@foxrothschild.com
dstibolt@foxrothschild.com
bhutson@foxrothschild.com

*Counsel for Defendant, Wells Fargo Bank, N.A.*