# Exhibit 3

## to

## Plaintiff's Opposition to Motion for Summary Judgment

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 17/11/21

SRC:FED CALLER: EXT:

RPT# AMT:504,611.13 CUR:USD RATE: 1. TRDR#

TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

| | | |
|---|---|---|
| DBT A/ REDACTED | CDT *D/ REDACTED | ADV:LTR |
| DEBIT VAL: 17/11/21 CTYP | CREDIT VAL: 17/11/21 CTYP | |
| AMT:504,611.13 CUR:USD | AMT:504,611.13 CUR:USD | |
| GL RECON: 114114 | GL RECON: 808808 | |
| DEPT:0002729 | CHRIS ACHEBE | |
| CITIBANK N.A. NEW YORK, NY | 7421 BURNET RD # 132 | |
| NEW YORK, NY | AUSTIN TX 78757-2244 | |
| UNITED STATES | BNF:/ REDACTED | CHG:B BK?N |
| COUNTRY OF RESIDENCY: US | JAMES H MESSENGER | |
| SEND: | 440 S WARREN ST | |
| CITIBANK N A RETAIL WIRE SETTLEMENT | SUITE 703 | |
| | SYRACUSE NY 13202 | |
| | ORIG TO BNF INFO: | |
| SNDR REF NUM:G01732536056O1 | TEL 3154713030 | |

PLAINTIFF'S EXHIBIT
tabbies
3
18-CV-60250

ORDERING BNK:

CITIBANK FLORIDA

8750 DORAL BLVD.

MIAMI, FL 33178-2402

ORIG:/ REDACTED

PETER E. SHAPIRO, P.A.

1351 SWGRS CORP PKWY SUNRISE FL 3 3

3232831

PETER E. SHAPIRO, P.A. ATTORN

EY TRUST