# Exhibit 7

## to

## Plaintiff’s Opposition to Motion for Summary Judgment

Main Menu>Transfers and Payments> Help

## Completed Wires

### Completed Wire Detail

| | |
|---|---|
| Source Account | Shapiro Trst (Checking) |
| Amount | $504,611.13 |
| Beneficiary | JAMES H MESSENGER<br>440 S WARREN ST<br>SUITE 703<br>SYRACUSE NY 13202 |
| Beneficiary Account | REDACTED |
| Bank | Wells fARGO<br>1425 e wHITESTONE<br>cEDAR pARK, TX |
| Destination ABA | 111900659 |
| Date | 11/21/2017 |
| Federal Reference Number | 20171121B1Q8021C030119 |
| Global Reference Number | G0173253605601 |
| Citibank Reference Number | 3250205308 |
| Customer Reference Number | |
| Additional Reference | |
| Set up by | PETER SHAPIRO |
| Approved By | PETER SHAPIRO |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com

EQUAL HOUSING LENDER
Terms & Conditions
Copyright © 2017 Citigroup Inc.

PLAINTIFF'S EXHIBIT
tabbies
7
18-cv-60250

PS00007