# Exhibit 9

## to

## Plaintiff's Opposition to Motion for Summary Judgment

wirecopy 171121-162559.txt

<<< TRN: 171121-162559 >>>

---

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 17/11/21
SRC:FED CALLER: EXT:

RPT# AMT:504,611.13 CUR:USD RATE: 1. TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

---

DBT A REDACTED
DEBIT VAL: 17/11/21 CTYP
AMT:504,611.13 CUR:USD
GL RECON: 114114
DEPT:0002729
CITIBANK N.A. NEW YORK, NY
NEW YORK, NY
UNITED STATES
COUNTRY OF RESIDENCY: US
SEND:
CITIBANK N A RETAIL WIRE SETTLEMENT

SNDR REF NUM:G0173253605601
ORDERING BNK:
CITIBANK FLORIDA
8750 DORAL BLVD.
MIAMI, FL 33178-2402
ORIG:/ REDACTED
PETER E. SHAPIRO, P.A.
1351 SWGRS CORP PKWY SUNRISE FL 3 3
3232831

CDT *D/ REDACTED ADV:LTR
CREDIT VAL: 17/11/21 CTYP
AMT:504,611.13 CUR:USD
GL RECON: 808808
CHRIS ACHEBE
7421 BURNET RD # 132
AUSTIN TX 78757-2244
BNF: REDACTED CHG:B BK?N
JAMES H MESSENGER
440 S WARREN ST
SUITE 703
SYRACUSE NY 13202
ORIG TO BNF INFO:
TEL 3154713030
PETER E. SHAPIRO, P.A. ATTORN
EY TRUST

**** MESSAGE TEXT ****

{1100} Message Disposition:
    Format Version: 30 (New expanded format)
    Test Production Code: P (Production)
    Msg Duplication Code: (Original incoming msg)
    Msg Status Indicator: N (Incoming msg)

{1110} Acceptance Timestamp:
    Receipt Date: 11/21
    Receipt Time: 16:00
    Receipt Application Id: FT03

{1120} OMAD:



PLAINTIFF'S EXHIBIT 9 18-cv-60258

Output cycle date: 2017/11/21
Output Destination Id: I1B7031R
Output sequence number: 018719
Output date: 11/21
Output time: 16:00
Output application Id: FT03

{1510} Type/Subtype Code:
Type Code: 10 (Transfer of funds)



Subtype Code: 00 (Regular transfer)

{1520} IMAD:
Input Cycle date: 2017/11/21
Input Source id: B1Q8021C
Input Sequence number: 030119

{2000} Amount: $504,611.13

{3100} Sending Bank:
ABA number: 021000089
Short name: CITIBANK NA
ABA lookup (REL): CITIBANK N.A. NEW YORK, NY
NEW YORK, NY
UNITED STATES

{3320} Sender Reference: G0173253605601

{3400} Receiving Bank:
ABA number: 121000248
Short name: WELLS FARGO BANK N
ABA lookup (AUX): WELLS FARGO BANK, NA
SAN FRANCISCO, CA

{3600} Business Function Code: CTP (Customer transfer plus)

{3700} Charges: B (Beneficiary)
USD 0.00

{4100} Beneficiary's Bank: F/111900659
WELLS FARGO

{4200} Beneficiary: D/REDACTED
JAMES H MESSENGER
440 S WARREN ST
SUITE 703

wirecopy 171121-162559.txt

SYRACUSE NY 13202

{5000} Originator: D REDACTED
PETER E. SHAPIRO, P.A.
1351 SWGRS CORP PKWY SUNRISE FL 3 3
3232831

{5100} Originator's Bank: /
CITIBANK FLORIDA
8750 DORAL BLVD.
MIAMI, FL 33178-2402

{5200} Instructing Bank: /
CITIBANK N A RETAIL WIRE SETTLEMENT

{6000} Originator to Beneficiary Info: TEL 3154713030

{6400} Beneficiary Info: PETER E. SHAPIRO, P.A. ATTORN
EY TRUST

WELLS FARGO BANK N.A. Page673806
FULL TRANSACTION REPORT FOR 21-NOV-2017

*****Remittance Data Unavailable*****

MESSAGE HISTORY SEQUENCE

---------------------------------------

121 is the owning bank. Priority:
REF_INDEX REF #: 171121162559 21-NOV-2017 15:00:20.06
FEDMQIN1 SEQ #: 18722 21-NOV-2017 15:00:20.07 Info: FNPN.TODI
.121000248.A1||||20171121
FEDIN1 SEQ #: 18719 21-NOV-2017 15:00:20.07
FLASHRCV ABA: 021000089 FED REF: G0173253605601
IMAD: 1121B1Q8021C030119112116 00FT03
FEDINQ DEQ
FEDIN_LOG AMT: 504611.13 TIME: 21-NOV-2017 15:00:34.24
ABA_INDEX KEY: 021000089
*SYS_MEMO BBK removed and CDT replaced by BNP in PD routine.
*SYS_MEMO *AUTOTRIEVE VLD call:
*SYS_MEMO *AUTOTRIEVE, Before-->121|D REDACTED
*SYS_MEMO *AUTOTRIEVE, After---> |D
*SYS_MEMO *AUTOTRIEVE VLD V name & address - CDT Acct. D
/0000 REDACTED
*SYS_MEMO JD 0068431 N 808808 07921
00000
*SYS_MEMO Possible name mismatch in CDT party
*SYS_MEMO *CVD:7 DVD:6 PSD:3 SSD:--- DBD:1 CBD:1 ?

```
         *SYS_MEMO          Stop_Check msg routed to EXTERNAL STOP SERVER 21-NOV
-2017 15:00:34.35
         *SYS_MEMO          *MRSTOP/*MR/MAP/   /5/$$$FED
         *GL__INQ_DBT
         NOF_ACC_NDX        KEY: 121D000007414400445
         Memo: CDT
         *ADR_MSG_QUE       TEXT: 2017112100162559
         Memo: DBT/1092370
* BEGIN DESTINATION *DST(1), DLV STATE: Q
     RTE: /
     DST: ENQ///////
         Queue: 121//RGW9_OUTQ
         RGW9_OUTQ          TEXT: 2017112100162559  AMOUNT: 504611.13   USD
         Memo: (OFC)
* END DESTINATION
         OFC_OUTQ      DEQ
         OFC4_PNDDLVQ  DEQ
         OFC4_SRF           KEY: 2100162559036846
         OFC4_OUT           SEQ #: 36846 21-NOV-2017 15:00:35.88 Info:
2100162559036846         F
         OFC4_SND           SEQ #: 36846 21-NOV-2017 15:00:35.88 Info:
2100162559036846         F
         OFC4_RCV           SEQ #: 219 21-NOV-2017 15:00:39.92
         *SYS_MEMO          GSMOS Ref Num: UMTA20171121MTS346328
         *SYS_MEMO
         *SYS_MEMO          PEND-IOFAC - Pending -OPS
         OFC4_RCV           SEQ #: 410 21-NOV-2017 15:29:23.23
         *SYS_MEMO          GSMOS Ref Num: UMTA20171121MTS346328
         *SYS_MEMO
         *SYS_MEMO          PASS-POFAC - False Positive -OPS
         PAYADVQ       DEQ
         PAYADV_LOG         OPRID: $$$PAY  TIME: 21-NOV-2017 15:29:23.30
         *FED_GL            SAM_DBT  AMOUNT: 504611.13   USD
WELLS FARGO BANK N.A.                                              Page673807
FULL TRANSACTION REPORT                           FOR 21-NOV-2017

         *DUE_FROM          SAM_CDT  AMOUNT: 504611.13   USD
         *DUE_TO            SAM_DBT  AMOUNT: 504611.13   USD
         *NOF_BAL           SAM_CDT  AMOUNT: 504611.13   USD
         SYSPRFBAL          PRF_DDA_CDT  AMOUNT: 504611.13   USD
         DDA_BACKEND        TEXT: 2017112100162559  AMOUNT: 504611.13   USD
         GL_BACKEND         TEXT: 2017112100162559  AMOUNT: 504611.13   USD
         NOF_POSTQ     DEQ
* BEGIN DESTINATION *DST(2), DLV STATE: Q
     RTE: /
     DST: ENQ///////
         Queue: 121//BCP_OUTQ
         BCP_ACKPNDQ   DEQ
```

```
        Memo: >>>ISIACKPND0802902017112100162559BCP_OUT|*CUS
        BCP_OUTQ      DEQ
        BCP_OUT             SEQ #: 80290 21-NOV-2017 15:29:23.39 Info:   *CUS
* END DESTINATION
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW9_OUTQ
        RGW9_OUTQ           TEXT: 2017112100162559  AMOUNT: 504611.13   USD
* END DESTINATION
        DDA_PDM_31          SEQ #: 6908 21-NOV-2017 15:29:23.35 Info: PD
        DDA_POST_31         SEQ #: 6908 21-NOV-2017 15:29:23.46 Info: PD
        Memo: Dbt posted - tc: 114WNRPO|171121162559|||
        DDA_PDM_31          SEQ #: 6909 21-NOV-2017 15:29:23.46 Info: PC
        DDA_POST_31         SEQ #: 6909 21-NOV-2017 15:29:23.57 Info: PC
        Memo: Cdt posted - tc: 808RBASI|171121162559|||
* BEGIN DESTINATION *DST(4), DLV STATE: D
    RTE: /
    DST: ENQ///////
        Queue: 121//IXM9_OUTQ
        IXM9_OUTQ     DEQ
        IXM9_SRF            KEY: 2100162559008494
        IXM9_OUT            SEQ #: 8494 21-NOV-2017 15:29:24.24 Info:
2100162559008494         F
        IXM9_SND            SEQ #: 8494 21-NOV-2017 15:29:24.24 Info:
2100162559008494         F
        IXM9_ACK            SEQ #: 8494 21-NOV-2017 15:29:24.42 Info:
2100162559008494        +
* END DESTINATION

WELLS FARGO BANK N.A.                                            Page673808
FULL TRANSACTION REPORT                        FOR 21-NOV-2017
```