# Exhibit 10

## to

## Plaintiff's Opposition to Motion for Summary Judgment

Use Back button to return to Message Listing

WELLS FARGO

Together we'll go far

## Wells Fargo Corporation
## Global Sanctions Management Operations System
## On-line Inquiry Results SD - Message Detail

| Scan Date | Source | Location Team | GSMOS Reference | Wells Fargo Reference | Source Reference | Primary Reference | Secondary Reference | Emp. ID | Status | Score | Last Activity | Country | Message Type | Ack | Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 Nov 2017 | MTS | UMT-A | UMTA20171121MTS346328 | 2017112100162559 | 2017112100162559 2017-11-21 15:00:36 390 | LTR | REDACTE | MTSScan | FP-OPS | 83 | 21 Nov 2017 | | WIRE-TP-1000 | | 504611.13 | USD |

Message Information

WIRE-TP-1000 - Third Party-Funds Transfer

{1510} Typ SubType

1000

{2000}-Cur Currency

USD

{2000}-Amt Amount

504611.13

{3100}-ID Debit ID

021000089

{3100}-Name Debit Name Addr

CITIBANK NA

{3320} Sender Ref Number

G0173253605601

{3400}-ID Credit ID

121000248

{3400}-Name Credit Name Addr

WELLS FARGO BANK N

tabbies PLAINTIFF'S EXHIBIT 10 18-cv-60250

Use Back button to return to Message Listing

WELLS FARGO

Wells Fargo Corporation
Global Sanctions Management Operations System
On-line Inquiry Results SD - Message Detail

Together we'll go far

WIRE-TP-1000 - Third Party-Funds Transfer

{3600} Business Type

CTP

{4100}-ID BBK ID

F111900659

{4100}-Name BBK Name Addr

WELLS FARGO

{4200}-ID BNF ID

REDACTED

{4200}-Name BNF Name Addr

JAMES H MESSENGER 440 S WARREN ST SUITE 703 SYRACUSE NY 13202

{5000}-ID Orig ID

REDACTED

{5000}-Name Orig Name Addr

PETER E. SHAPIRO, P.A. 1351 SWGRS CORP PKWY SUNRISE FL 3 3 3232831

{5100}-ID OBK ID

{5100}-Name OBK Name Addr

CITIBANK FLORIDA 8750 DORAL BLVD. MIAMI, FL 33178-2402

{5200}-ID SBK ID

WELLS FARGO

Use Back button to return to Message Listing

Together we'll go far

**Wells Fargo Corporation**
**Global Sanctions Management Operations System**
**On-line Inquiry Results SD - Message Detail**

WIRE-TP-1000 - Third Party-Funds Transfer

{5200}-Name SBK Name Addr

CITIBANK N A RETAIL WIRE SETTLEMENT

{6000} OBI Reference

TEL 3154713030

{6400} BNF Info

PETER E. SHAPIRO, P.A. ATTORN EY TRUST

| Score | Status | Entity Name | Best Name | Watch List | Watch List Date | Add Indicator |
|---|---|---|---|---|---|---|
| 83 | False Pos. by Ops | ATTOUN, Ahmad | ATTOUN, Ahmad | OFAC NON-SDN ENTITIES.BDF | 25 Aug 2017 | False |

HAMAS - Jerusalem | Program: NS-PLC
Reason: NS-PLC
AKA: Ahmad Mohammad Ahmad ATTOUN
AKA: Ahmed Muhamad Ahmed ATOON
Additional Information:
DateOfBirth REDA

Entity: {6400}- BNF Info
PETER E. SHAPIRO, P.A. ATTORN EY TRUST
HitContext:
PETER E SHAPIRO P A ATTORN EY TRUST

| Action: | Date | User ID | User Name | Comment |
|---|---|---|---|---|
| False Pos. by Ops | 21/Nov/2017 04:28:11 PM | A483755 | Riko Ong | Alert Mismatch |



CONFIDENTIAL