# Exhibit 14

## to

## Plaintiff's Opposition to Motion for Summary Judgment

\- - - - - - -

## Filed Under Seal