# Exhibit 19

**to**

**Plaintiff's Opposition to Motion for Summary Judgment**

**- - - - - - -**

**Filed Under Seal**