# Exhibit 23

## to

## Plaintiff's Opposition to Motion for Summary Judgment

- - - - - - - -

## Filed Under Seal