# Exhibit 30

## to

## Plaintiff's Opposition to Motion for Summary Judgment

# AFFIDAVIT

STATE OF NEW YORK )

COUNTY OF ONONDAGA ) SS:

James H. Messenger, Jr., being duly sworn, deposes and says:

1. I am an attorney at law, duly admitted to practice in the states of New York and Florida.
2. I make this affidavit in connection with a wire transfer of money that was intended to be sent to my New York IOLA Escrow account at M&T Bank, but was never received due to fraudulent actions involving my e-mail account.
3. Starting in July 2017, I dealt with Todd Shapiro in connection with a proposed mortgage loan from a trust of which I am the sole trustee. I spoke with Todd Shapiro on numerous occasions and met with him at my office on numerous occasions to facilitate the execution of mortgage loan documents, advance loan funds, and receive monthly interest payments.
4. On November 14, 2017, I received a telephone call from Todd Shapiro requesting a mortgage payoff letter for payment of the outstanding mortgage loan given to Shapiro Real Estate Holdings, LLC ("Borrower") by James H. Messenger, Jr., as Trustee of Rasselas Trust f/b/o A. Louis Santaro ("Lender") for payment on Friday, November 17, 2017. I prepared and emailed a payoff letter and proposed mortgage discharge to Todd Shapiro on November 14, 2017. A copy of that email and attachments is attached hereto as Exhibit A.
5. On November 16, 2017, I received a telephone call from Todd Shapiro requesting my wire transfer instructions, as the mortgage loan payoff proceeds were, according to him, going to be wire transferred to my escrow account instead of delivering a bank check to me. By email dated November 16, 2017, I forwarded my escrow account wire transfer instructions for my account maintained at M&T Bank in Syracuse, New York to Todd Shapiro. A copy of that email and wire transfer instructions are attached hereto as Exhibit B.



EXHIBIT 30
Deponent
Date 9/18/18 Rptr. [illegible]
WWW.DEPOBOOK.COM

6. On November 16, 2017 I confirmed by telephone with Todd Shapiro his receipt of my wire transfer instructions and expected payoff of the outstanding mortgage loan.

7. I have been advised that on November 17, 2017, a fraudulent e-mail using my e-mail address was sent to Todd Shapiro which provided for wire instructions to an account at Wells Fargo Bank in Cedar Park, Texas. A copy of said e-mail is attached as Exhibit C. This e-mail was not sent by nor authorized by me.

8. On November 17, 2017, I monitored my escrow account online, in anticipation of receiving funds. I called Todd Shapiro a few times that day as I didn't see any indication of a wire transfer to my account. Mr. Shapiro indicated that the wire transfer was being processed.

9. By email on November 17, 2017, I received a pdf of a wire instruction confirmation from Citibank forwarded to me by Todd Shapiro. A copy of that email is attached hereto as Exhibit D.

10. In reviewing the wire instruction confirmation, I noticed that it designated me as the beneficiary but incorrectly designated Wells Fargo Bank in Cedar Park, Texas as the beneficiary bank (rather than M&T Bank), so I called and emailed Todd Shapiro to notify him of the error. A copy of my email to Todd Shapiro regarding the error is attached hereto as Exhibit E.

11. I have never had an account at Wells Fargo Bank or with any of its affiliates in Cedar Park, Texas.

12. Subsequent to my phone call and email, I received a voice mail from Todd Shapiro requesting, again, my wire transfer instructions. At approximately 3:30 p.m. on November 17, 2017 I emailed my wire transfer instructions to Todd Shapiro. A copy of that email is attached hereto as Exhibit F.

13. In response to my email referenced in paragraph 12 above, I received a reply email from Todd Shapiro indicating a mistake was made, but was being corrected. A copy of that email is attached hereto as Exhibit G.

14. I received another email purportedly from Todd Shapiro on November 17, 2017 enclosing a "Swift Acknowledgement" from a Citibank account to my M&T Bank account. This turned out to be fraudulent and fabricated by a third party as funds were never received in my M&T account. A copy of that email and attachment is attached hereto as Exhibit H.

15. Subsequent to the above referenced emails, there were numerous exchanges of emails purportedly between me and purportedly Todd Shapiro to ascertain the status of the funds to be received, up to and including December 14, 2017. On December 14, 2017, I participated in a conference call with Todd Shapiro and Louis Santaro, the beneficiary of the Lender trust and a friend of Todd Shapiro, to put an end to what I thought was a series of delays in paying off the mortgage loan. During that call it became evident that our email exchanges between at least November 16 or 17 and December 14, 2017 were, apparently, hacked by a third-party intruder. Both Todd and Peter Shapiro's emails to me and my emails to Todd Shapiro were not actually received by either of us, but were received and responded to by a third party or parties. Because of that, the funds were wired to Wells Fargo in Cedar Park, Texas and not to my correct escrow account at M&T Bank in Syracuse, New York.

16. Todd Shapiro and I then called his brother, Peter E. Shapiro, an attorney in Florida on December 14, 2017. I explained that I never received the required payoff funds in my account at M&T Bank. Peter Shapiro and I exchanged copies of numerous emails sent and received, which we each believed, were from myself, him and Todd Shapiro. Upon

exchanging email copies, it was clear that our respective emails had been hacked as the communications utilizing our e-mail addresses among us reflected fraudulent and untrue actions, statements, assurances and representations. We ended the call by Peter Shapiro indicating he would immediately contact his bank and the FBI to report the hack and theft of funds.

Dated: January 17, 2018

James H. Messenger, Jr.

Sworn to before me this 17th
day of January, 2018

Notary Public

FRANCES J. ALVAREZ
Notary Public - State Of New York
Registration No. 4975174
Qualified in Onondaga County
Commission Expires 12/03/28

# EXHIBIT A

**Jim Messenger**

| | |
|---|---|
| **From:** | Jim Messenger |
| **Sent:** | Tuesday, November 14, 2017 10:36 AM |
| **To:** | TODD SHAPIRO |
| **Subject:** | mortgage payoff letter - Shapiro Real Estate Holdings, LLC - Rasselas Trust |
| **Attachments:** | 20171114102118.pdf |

Dear Todd: attached is the payoff letter for 11/17/17 with per diem interest shown for each day thereafter until payment (in the form of a bank check or money order) is received by my office. The proposed discharge of mortgage is also attached. Once payment is received, I will execute the discharge and forward it to you (or whoever else you indicate it should be sent to) so it can be recorded with the Oswego County Clerk. You may want to stop by and pick up the original abstract of title you gave me when we started this. Thanks. Jim

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

**SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

James H. Messenger, Jr.
ATTORNEY AT LAW
The Galleries of Syracuse
440 South Warren Street • Suite 703
Syracuse, New York 13202
Tel: 315.471.3030 • Fax: 315.471.0899

November 14, 2017

Shapiro Real Estate Holdings, LLC
11 Fir Tree Lane
Jamesville, New York 13078
Attn: Todd Shapiro

RE: Mortgage Payoff Letter
Lender: James H. Messenger, Jr., as Trustee of Rasselas Trust

Dear Todd:

Pursuant to your request by phone today, the following are payoff figures for the mortgage:

| | |
|---|---|
| Principal Balance: | $500,000.00 |
| Interest through Friday, November 17, 2017: | $ 4,486.13 |
| Discharge Processing Fee: | $ 125.00 |
| Payoff Amount: | $504,611.13 |

Note: Payoff Amount will increase by $263.89 each day after 9/17/2017

Please feel free to contact me if you have any questions. Thank you.

Very truly yours,

James H. Messenger, Jr., Esq.

cc: Lou Santaro

**Interest calculations**

**Interest due for November 2017: $7,916.67 ÷ 30 days = $263.89/day; 11/1/17 to 11/17/17 = 17 days x $263.89 = $4,486.13**

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**KNOW ALL MEN BY THESE PRESENTS,**

That **James H. Messenger, Jr., as Trustee of Rasselas Trust f/b/o A. Louis Santaro**

**DOES HEREBY CERTIFY** that the following Mortgage **IS PAID,** and does hereby consent that the same be discharged of record.

Mortgage dated the 10th day of August in the year 2017, made by

**Shapiro Real Estate Holdings, LLC**
11 Fir Tree Lane
Jamesville, New York 13078

To

**James H. Messenger, Jr., as Trustee of Rasselas Trust f/b/o A. Louis Santaro**
440 South Warren Street, Suite 703
Syracuse, New York 13202

in the principal sum of $500,000.00 and recorded on the 14th day of August in the year 2017, as **Instrument # R-2017-007673** in the office of the Clerk of Oswego County,

which mortgage has not been not been assigned of record.

Dated the day of November in the year 2017.

IN PRESENCE OF:

JAMES H. MESSENGER, JR., AS TRUSTEE OF
RASSELAS TRUST F/B/O A. LOUIS SANTARO

*Section 321 of the Real Property Law expressly provides who must execute the certificate of discharge in specific cases and also provides, among other things, that (1) no certificate shall purport to discharge more than one mortgage, (except that mortgages affected by instruments of consolidation, spreader, modification or correction may be included in one certificate if the instruments are set forth in detail in separate paragraphs); (2) if the mortgage has been assigned, in whole or in part, the certificate shall set forth: (a) the date of each assignment in the chain of title of the person or persons signing the certificate, (b) the names of the assignor and assignee, (c) the interest assigned, and (d) if the assignment has been recorded, the book and page where it has been recorded or the serial number of such record, or (e) if the assignment is being recorded simultaneously with the certificate of discharge, the certificate of discharge shall so state, and (f) if the mortgage has not been assigned of record, the certificate shall so state; (3) if the mortgage is held by any fiduciary, including an executor or administrator, the certificate of discharge shall recite the name of the court and the venue of the proceedings in which his appointment was made or in which the order or decree vesting him with such title or authority was entered.*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of Onondaga, ss:

On the day of November in the year 2017, before me, the undersigned, personally appeared James H. Messenger, Jr., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

______________________________
Notary Public

# SATISFACTION OF MORTGAGE

**RETURN BY MAIL TO:**

**Shapiro Real Estate Holdings, LLC**
**TO**
**James H. Messenger, Jr., as Trustee of Rasselas Trust f/b/o A. Louis Santaro**

**Properties Released:**

1. **6 Ohio Street, Oswego, New York 13126**
   **Tax Map No. 128.79-04-08.1**
2. **388 W. First Street, Oswego, New York 13126**
   **Tax Map No. 128.79-03-06**
3. **410 W. First Street, Oswego, New York 13126**
   **Tax Map No. 128.79-03-07**
4. **420 W. First Street, Oswego, New York 13126**
   **Tax Map No. 128.79-03-08**

# EXHIBIT B

**Jim Messenger**

**From:** Jim Messenger
**Sent:** Thursday, November 16, 2017 2:42 PM
**To:** 'TODD SHAPIRO'
**Subject:** M&T Bank Escrow Account Wire Transfer Instructions.pdf
**Attachments:** M&T Bank Escrow Account Wire Transfer Instructions

Here are my escrow account wire transfer instructions for tomorrow's payoff.

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

**SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

James H. Messenger, Jr.
ATTORNEY AT LAW
The Galleries of Syracuse
440 South Warren Street • Suite 703
Syracuse, New York 13202
Tel: 315.471.3030 • Fax: 315.471.0899
jhm@messengerlaw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: M&T Bank
Post Office Box 4983
Syracuse, New York 13221-4983

Routing Number: 022000046

Account Number: REDACTED

# EXHIBIT C

**Peter Shapiro**

**Subject:** FW: Fw: Wells Fargo Bank Escrow Account Wire Transfer Instructions.pdf
**Attachments:** WELLS FARGO Bank Escrow Account Wire Transfer Instructions.output.pdf

**From:** Jim Messenger <Jim@messengerlaw.net>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 9:10 AM
**Subject:** Wells Fargo Bank Escrow Account Wire Transfer Instructions.pdf

Please here are my escrow account for today payoff wire transfer instructions. Our M&T bank is currently on audit as a result can't receive funds for now. Please let the wire transfer be made to this our Wells Fargo bank. Find attached our bank details.

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

James H. Messenger, Jr.

ATTORNEY AT LAW

The Galleries of Syracuse

440 South Warren Street • Suite 703

Syracuse, New York 13202

Tel: 315.471.3030 • Fax: 315.471.0899

jim@messengerlaw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: WELLS FARGO Bank, 1425 E Whitestone Blvd, cedar park tx 78613

Routine Number: 111900659

Account Number: REDACTED

# EXHIBIT D

**Jim Messenger**

**From:** TODD SHAPIRO <toddshpr@yahoo.com>
**Sent:** Friday, November 17, 2017 3:15 PM
**To:** Jim Messenger
**Subject:** Fw: attached image
**Attachments:** doc06262920171117162615.pdf

----- Forwarded Message -----
**From:** "shapirosmfp@gmail.com" <shapirosmfp@gmail.com>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 3:13 PM
**Subject:** attached image

please see attachment

---

TASKalfa 3510i
[00:c0:ee:b8:49:80]

---

Main Menu>Transfers and Payments> Help

## Set up a wire transfer

Set Up Another Wire

### Wire Instruction Confirmation

Thank you for your request. Your transaction is still pending..

All transactions are subject to routine review and approval before they can be released. No further action is required from you at this time. Should we require more information in order to approve the transfer, we will contact you by telephone. If we are unable to reach you, or if your transaction cannot be approved for other reasons, we will notify you.

Status: Processed - Confirmation Number is **20173210206852.**

**Source Account**

Account: Shapiro Trst, #******8656 (Checking)

**Scheduling**

Immediately upon approval

**Destination**

Amount: $504,611.13

Beneficiary: James H Messenger Jr
440 S Warren Street
Ste 703
Syracuse NY 13202

Account: REDACTED

Bank: Wells Fargo Bank (ABA: 111900659) Not Validated
14245 E Whitestone blvd
Cedar Park, TX

**Statement Description**

Additional Description for Statements: Shapiro Real Estate Holdings

Save as Model

Set up another Wire

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com

EQUAL HOUSING LENDER
Terms & Conditions
Copyright © 2017 Citigroup Inc.

# EXHIBIT E

**Jim Messenger**

**From:** Jim Messenger
**Sent:** Friday, November 17, 2017 3:28 PM
**To:** 'TODD SHAPIRO'
**Subject:** RE: attached image

Did they wire to the right bank? This receipt shows Wells Fargo bank under my name. My bank is M&T. Jim

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

**SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

**From:** TODD SHAPIRO [mailto:toddshpr@yahoo.com]
**Sent:** Friday, November 17, 2017 3:15 PM
**To:** Jim Messenger <jim@messengerlaw.net>
**Subject:** Fw: attached image

----- Forwarded Message -----
**From:** "shapirosmfp@gmail.com" <shapirosmfp@gmail.com>
**To:** toddshpr@yahoo.com
**Sent:** Friday, November 17, 2017 3:13 PM
**Subject:** attached image

please see attachment

--------------------

TASKalfa 3510i
[00:c0:ee:b8:49:80]

--------------------

# EXHIBIT F

## Jim Messenger

**From:** Jim Messenger
**Sent:** Friday, November 17, 2017 3:30 PM
**To:** 'TODD SHAPIRO'
**Subject:** M&T Bank Escrow Account Wire Transfer Instructions.pdf
**Attachments:** M&T Bank Escrow Account Wire Transfer Instructions

Todd: I just listened to your voice mail. Here are my escrow account instructions, sent to you previously. Jim

James H. Messenger, Jr.
Attorney at Law
440 South Warren Street
Suite 703
Syracuse, New York 13202
Tel: (315) 471-3030
Fax: (315) 471-0899

**SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**

CONFIDENTIALITY NOTICE:

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

James H. Messenger, Jr.
ATTORNEY AT LAW
The Galleries of Syracuse
440 South Warren Street • Suite 703
Syracuse, New York 13202
Tel: 315.471.3030 • Fax: 315.471.0899
jim@messengerlaw.net

# WIRE TRANSFER INSTRUCTIONS

Name on Account: James H. Messenger, Jr., Esq., IOLA Escrow Account

Name and Address of Bank: M&T Bank
Post Office Box 4983
Syracuse, New York 13221-4983

Routing Number: 022000046

Account Number: REDACTED

# EXHIBIT G

**Jim Messenger**

**From:** TODD SHAPIRO <toddshpr@yahoo.com>
**Sent:** Friday, November 17, 2017 3:32 PM
**To:** Jim Messenger
**Subject:** Re: attached image

Yes don't worry. It was a mistake but has been resolved. Will send you corrected copy ASAP.

Todd.

Sent from my iPhone

On 17 Nov 2017, at 9:28 PM, Jim Messenger <Jim@messengerlaw.net> wrote:

> Did they wire to the right bank? This receipt shows Wells Fargo bank under my name. My bank is M&T. Jim
>
> James H. Messenger, Jr.
> Attorney at Law
> 440 South Warren Street
> Suite 703
> Syracuse, New York 13202
> Tel: (315) 471-3030
> Fax: (315) 471-0899
>
> **SERVICE BY FAX OR EMAIL IS NOT ACCEPTED.**
>
> CONFIDENTIALITY NOTICE:
>
> This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.
>
> **From:** TODD SHAPIRO [mailto:toddshpr@yahoo.com]
> **Sent:** Friday, November 17, 2017 3:15 PM
> **To:** Jim Messenger <Jim@messengerlaw.net>
> **Subject:** Fw: attached image
>
> ----- Forwarded Message -----

# EXHIBIT H

**Jim Messenger**

---

**From:** TODD SHAPIRO <toddshpr@yahoo.com>
**Sent:** Friday, November 17, 2017 4:59 PM
**To:** Jim Messenger
**Subject:** Fwd: Attached Image
**Attachments:** Shapiro SWIFT copy.pdf

Find attached copy. Because of time the funds will arrive Monday as shown in the value date.

Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** "shapirosmfp@gmail.com" <shapirosmfp@gmail.com>
> **Date:** 17 November 2017 at 10:53:31 PM WAT
> **To:** toddshpr@yahoo.com
> **Subject: Attached Image**
> **Reply-To:** " Jim Messenger " <Jim@messengerlaw.net>
>
> FYI

NOTIFICATION PROCESSED BY SWIFT ON: 17 NOV 2017 at 04:21:32 PM

FOR: CITI BANK NA -----------------------------------------------------------------------

Type of Notification : SWIFT ACKNOWLEDGEMENT

Acknowledged by SWIFT on : 17 NOV 2017 at 04:31 PM

------------------------------------------------------------------------------------------

Sender : #“""8856 (Checking)

Receiver : 022000046

Session : 4114

Sequence : 957225

Message Type : F 103

Message Name : SINGLE CUSTOMER CREDIT TRANSFER

------------------------------------------------------------------------------------------

:20: Sender's Reference : 36600TT00085317

:23B: Bank Operation Code

: CRED :32A: Value Date/Currency/Interbank Settled Amount

: 201117USD504,611,13

:50K: Ordering Customer: Shapiro Real Estate Holdings

:52A: Ordering Institution : CITIBANK NA

:57A: Account With Institution REDACTED

:59: Beneficiary Customer/Bank : James H. Messenger,Jr/M&T Bank

: Details of Charges : SHA ---------------------------------------------------------------------------------

**** END OF MESSAGE ****