UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60250-UU

PETER E. SHAPIRO, P.A.,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
    _____/

## JUDGMENT

THIS CAUSE comes before the Court upon the order granting Defendant's motion for summary judgment entered concurrently herewith.  It is hereby

ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant on all counts.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th_ day of November, 2018.

*Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf