UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-CV-60250-UU

PETER E. SHAPIRO, P.A.

    Plaintiff,
vs.

WELLS FARGO BANK, N.A.

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that PETER E. SHAPIRO, P.A., plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this cause on the 5th day of November, 2018. A copy of the Judgment (DE 81) and the summary judgment order on which it was based (DE 80) are attached hereto.

    Respectfully submitted,

    By: /s/ Jeffrey B. Crockett
        Jeffrey B. Crockett, Esq.
        Florida Bar No. 347401
        Justin E. King
        Florida Bar No. 121408
        COFFEY BURLINGTON, P.L.
        2601 South Bayshore Drive, Penthouse
        Miami, Florida 33133
        Telephone: (305) 858-2900
        Facsimile: (305) 858-5261
        jcrockett@coffeyburlington.com

>jking@coffeyburlington.com
>vmontejo@coffeyburlington.com
>service@coffeyburlington.com

*Counsel for Plaintiff, Peter E. Shapiro, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

>/s/ Jeffrey B. Crockett

Amy S. Rubin
Dori K. Stibolt
FOX ROTHSCHILD LLP
777 South Flagler Dr.
Suite 1700 – West Tower
West Palm Beach, Florida  33401
Telephone:  (561) 804-4417
Facsimile:   (561) 835-9602
Email:   arubin@foxrothschild.com
          dstibolt@foxrothschild.com
          bhutson@foxrothschild.com

*Counsel for Defendant, Wells Fargo Bank, N.A.*